IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TYRONE THIGPEN,

                Plaintiff,

   v.

JOHN FIORELLO and MICHELE KRUEGER,

                Defendants.

ORDER

12-cv-318-slc

---

      Plaintiff Tyrone Thigpen, an inmate at the Dodge Correctional Institution in Waupun, Wisconsin, has submitted a proposed complaint. He requests leave to proceed *in forma pauperis*. A decision on the request will be delayed until plaintiff pays an initial partial payment of the $350 filing fee as required by 28 U.S.C. § 1915(b) and the 1996 Prison Litigation Reform Act. Plaintiff's initial partial payment cannot be calculated at this time because he has not submitted a trust fund account statement with his complaint.

      Plaintiff's complaint was filed on April 27, 2012. His trust fund account statement should cover the six-month period beginning approximately October 27, 2011 and ending approximately April 27, 2012. Once plaintiff has submitted the necessary statement, I will calculate his initial partial payment and advise him of the amount he will have to pay before the court can screen the merits of his complaint under 28 U.S.C. § 1915(e)(2). Plaintiff should show a copy of this order to prison officials to insure that they are aware they should send a copy of plaintiff's six-month trust fund account statement to this court.

ORDER

IT IS ORDERED that plaintiff Tyrone Thigpen may have until May 24, 2012, in which to submit a certified copy of his trust fund account statement for the period beginning approximately October 27, 2011 and ending approximately April 27, 2012. If, by May 24, 2012, plaintiff fails to respond to this order, I will assume that he wishes to withdraw this action voluntarily. In that event, the clerk of court is directed to close this case without prejudice to plaintiff's filing his case at a later date.

Entered this 3rd day of May, 2012.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge